386 U.S. 349
 87 S.Ct. 1161
 18 L.Ed.2d 98
 NEW YORK
v.
UNITED STATES et al.
 No. 968.
 Supreme Court of the United States
 March 20, 1967
 
 Louis J. Lefkowitz, Atty. Gen. of New York, Ruth Kessler Toch, Sol. Gen., Dunton F. Tynan, Asst. Sol. Gen., Matthew A. Tiffany, Asst. Atty. Gen., and Walter J. Myskowski, for appellant.
 Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane and Leonard S. Goodman, for the United States and others.
 R. J. Murphy and D. M. Tolmie, for appellee railroads.
 William C. Sennett, Atty. Gen., and Edward Friedman, for appellee Commonwealth of Pennsylvania.
 Eugene T. Liipfert, for appellees Port Authority of Allegheny County and others.
 PER CURIAM.
 
 
 1
 The motions to affirm are granted and the judgment is affirmed.